# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-CW2,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE DAVID M. JONES, DISTRICT JUDGE,
Respondents,
and
COLLEGIUM FUND LLC SERIES 9, A NEVADA LIMITED LIABILITY COMPANY; AND TIERRA DE LAS PALMAS OWNERS ASSOCIATION, A NON-PROFIT CORPORATION,
Real Parties in Interest.

No. 76699



FILED

NOV 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in an action to quiet title. The decision to entertain a petition for a writ of mandamus is purely discretionary. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). As a general rule, we will not exercise that discretion when the petition challenges a district court order denying a motion for summary judgment. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997). Petitioner argues that this petition falls within an exception to that general rule primarily because it raises important issues of law that require clarification and a decision could help resolve a large number of quiet title actions pending across the State.

18- 904644

Because we recently addressed those issues in *Bank of America, N.A. v. SFR Investments Pool 1, LLC*, 134 Nev., Adv. Op. 72, 427 P.3d 113 (2018), and there is nothing to preclude petitioner from seeking appropriate relief in district court based on that decision, we decline to exercise our discretion to consider this petition on the merits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. David M. Jones, District Judge
       Ballard Spahr LLP/Las Vegas
       Pengilly Law Firm
       Clark Newberry Law Firm
       Eighth District Court Clerk

